No. 72–6432.  SPROUSE *v.* UNITED STATES.  Motion for leave to file petition for writ of mandamus denied.

No. 72–1254.  SMITH, SHERIFF *v.* GOGUEN.  Appeal from C. A. 1st Cir.  Probable jurisdiction noted.

No. 72–1319.  UNITED STATES *v.* CHAVEZ ET AL.  C. A. 9th Cir.  Motion of respondent George Apodaca for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–1097.  BURKS ET AL. *v.* PERK, MAYOR OF CLEVELAND, OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 72–1153.  BRICK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–1200.  LINDSEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–1211.  MENDOZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–1222.  COPE ET AL. *v.* ALLSTATE INSURANCE Co. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–1224.  TERESI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–1239.  OLSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–1250.  HAGEN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.